# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION



COLUMBUS BANK AND TRUST COMPANY )
d/b/a SYNOVUS CAPITAL FINANCE, )
            Plaintiff, )
            v. )   CIVIL ACTION NO. 4:09CV81TSL-LRA
T. K. STANLEY, INC., )
            Defendant. )

## ORDER DIRECTING CLERK TO ISSUE WRIT OF REPLEVIN AND SUMMONS

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI:

You are hereby ordered to issue a Writ of Replevin and Summons to T.K. Stanley, Inc. ("Defendant"), in the forms attached hereto as Exhibits "A" and "B", respectively, directing the United States Marshal or other appropriate officer to seize and take into his possession (either actually or constructively by marking and tagging, at Plaintiff's option) the property described in the Writ of Replevin, and to summons the Defendant to appear before this Court on the 26th day of June, 2009, at 1:00 o'clock p.m. at the Courtroom #I, U.S. District Court, 245 E. Capitol Street, Jackson, MS, to answer the Verified Complaint for Replevin Without Bond ("Complaint") of Columbus Bank & Trust d/b/a Synovus Capital Finance ("Synovus"), a copy of which shall be attached to and served with the Writ, and to show cause why judgment should not be entered awarding permanent possession of the property described there to Synovus along with such damages and costs as may be shown at a hearing hereof.

1756278 v1

ORDERED AND ADJUDGED, this __17th__ day of __June__, 2009.

_s/ Tom S. Lee_
UNITED STATES ~~MAGISTRATE~~ District JUDGE