# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

| | |
|---|---|
| **COLUMBUS BANK AND TRUST COMPANY** ) | |
| **d/b/a SYNOVUS CAPITAL FINANCE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION NUMBER.** |
| v. ) | **4:09cv81** |
| ) | |
| **T.K. STANLEY, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS CAUSE is before the Court pursuant to the joint *ore tenus* Motion To Dismiss Without Prejudice of Plaintiff Columbus Bank and Trust Company d/b/a Synovus Capital Finance and Defendant T.K. Stanley, Inc., and the Court, being advised that all parties wish to dismiss without prejudice, finds said Motion to be well taken and finds that same should be granted.

IT IS THEREFORE, ORDERED AND ADJUDGED that all claims set forth in the above cause, are hereby DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs, fees, and attorneys fees.

SO ORDERED this the 17th day of February, 2010.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE

**Prepared and submitted by:**

s/Eric F. Hatten
Eric F. Hatten, Esq.
401 East Capitol Street, Suite 100
Jackson, Mississippi 39201
Telephone: (601) 355-3434
Facsimile: (601) 355-5150